

# EXHIBIT A

**Court of Common Pleas of Philadelphia County**
**Trial Division**
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
**SEPTEMBER 2020**
E-Filing Number: 2009011088
**000104**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| MALIKAH GIVENS | TARGET CORPORATION, ALIAS: TARGET |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 131 W. TULEPHOCKEN STREET 3RD FLOOR PHILADELPHIA PA 19144 | 456 NORTH 5TH STREET PHILADELPHIA PA 19123 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | TARGET |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 456 NORTH 5TH STREET PHILADELPHIA PA 19123 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
[ ] $50,000.00 or less
[X] More than $50,000.00

**COURT PROGRAMS**
[ ] Arbitration     [ ] Mass Tort        [ ] Commerce           [ ] Settlement
[ ] Jury            [ ] Savings Action   [ ] Minor Court Appeal [ ] Minors
[X] Non-Jury        [ ] Petition         [ ] Statutory Appeals  [ ] W/D/Survival
[ ] Other: _____

**CASE TYPE AND CODE**
2S - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
SEP 09 2020
A. SILIGRINI

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES    NO

TO THE PROTHONOTARY:
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: MALIKAH GIVENS
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| ANDREW S. DASHEVSKY | DASHEVSKY HORWITZ KUHN & NOVELLO PC<br>1315 WALNUT ST 12TH FLOOR<br>PHILADELPHIA PA 19107 |
| PHONE NUMBER: (215)546-4488 | FAX NUMBER: (215)732-6220 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 84206 | adashevsky@dashevskylaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| ANDREW DASHEVSKY | Wednesday, September 09, 2020, 09:33 am |

FINAL COPY (Approved by the Prothonotary Clerk)

9-16-2020      000468798G0001      5120200916041947

DASHEVSKY, HORWITZ, KUHN,
NOVELLO & SHORR, P.C.
By: Andrew S. Dashevsky, Esquire
Identification No. 84206
1315 Walnut Street, 12th Floor
Philadelphia, Pennsylvania 19107
P: (215) 546-4488    F: (215) 732-6220
E-Mail: adashevsky@dashevskylaw.com

MAJOR NON-JURY

*Filed and Attested by the Office of Judicial Records 09 SEP 2020 09:33 am S. SILIGRINI*

**ATTORNEY FOR PLAINTIFF**

---

| | |
|---|---|
| **MALIKAH GIVENS** | **COURT OF COMMON PLEAS** |
| | **PHILADELPHIA COUNTY** |
| vs. | |
| | **SEPTEMBER TERM, 2020** |
| **TARGET CORPORATION, Individually &** | |
| **d/b/a TARGET** | |
| and | |
| **TARGET** | **NO.:** |

## NOTICE TO PLEAD

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
Philadelphia, PA 19107
Telephone: 215-238-1701

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA SERVICIO
DE REFERENCIA E INFORMACION LEGAL
One Reading Center
Filadelfia, Pennsylvania 19107
Teléfono: 215-238-1701

Case ID: 200900104

| | |
|---|---|
| DASHEVSKY, HORWITZ, KUHN, NOVELLO & SHORR, P.C.<br>By: Andrew S. Dashevsky, Esquire<br>Identification No. 84206<br>1315 Walnut Street, 12th Floor<br>Philadelphia, Pennsylvania 19107<br>P: (215) 546-4488   F: (215) 732-6220<br>E-Mail: adashevsky@dashevskylaw.com | **ATTORNEY FOR PLAINTIFF** |
| MALIKAH GIVENS<br>131 West Tulephocken Street, 3rd Floor<br>Philadelphia, PA 19144<br><br>vs.<br><br>TARGET CORPORATION, Individually &<br>d/b/a TARGET<br>456 North 5th Street<br>Philadelphia, PA 19123<br>and<br>TARGET<br>456 North 5th Street<br>Philadelphia, PA 19123 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>SEPTEMBER TERM, 2020<br><br>NO.: |

## CIVIL ACTION COMPLAINT

1. Plaintiff, Malikah Givens, is an adult individual who resides at 131 West Tulephocken Street, Philadelphia, PA 19144.

2. Defendant, Target Corporation, Individually & d/b/a Target, is a Pennsylvania Corporation and/or business entity with a principal place of business and/or office for process of service located at 456 North 5th Street, Philadelphia, PA 19123.

3. Defendant, Target, is a Pennsylvania Corporation and/or business entity with a principal place of business and/or office for process of service located at 456 North 5th Street, Philadelphia, PA 19123.

4. On or about July 18, 2019, and at all times relevant and material hereto, defendants, Target Corporation, Individually & d/b/a Target and Target, jointly and/or individually and/or through their joint and/or individually agents, servants, workmen and/or employees, owned, operated, occupied,

Case ID: 200900104

leased, controlled and/or maintained the premises located at 456 North 5th Street, Philadelphia, PA 19123, more commonly known as "Target."

5. On or about July 18, 2019, and at all times relevant and material hereto, defendants, Target Corporation, Individually & d/b/a Target and Target, jointly and/or individually and/or through their joint and individual agents, servants, workmen and/or employees, had under their care, supervision and direction, control, custody and maintenance of the aforementioned premises, and said defendants were under a duty to maintain the said premises in a safe condition for the Plaintiff and other invitees proceeding thereon.

6. On or about the aforesaid date and at all times relevant and material herein, the defendants, Target Corporation, Individually & d/b/a Target and Target, jointly and/or individually and/or through their joint and individual agents, servants, workmen and/or employees, were under a legal duty to inspect the premises of the aforementioned Target, more particularly, the interior floors and aisleways, for purposes of detecting any defective and/or dangerous conditions upon the said property and premises, and insuring from the said dangerous and defective conditions the safe passage of the plaintiff and other business invitees lawfully proceeding thereon.

7. Notwithstanding this duty, defendants, Target Corporation, Individually & d/b/a Target and Target, jointly and/or individually and/or through their joint and/or individual agents, servants, workmen and/or employees, did on the date aforesaid and for sometime prior thereto, carelessly and negligently allow and permit dangerous and defective conditions to exist, including but not limited to: failing to clean and maintain the floor and aisleway of said business establishment of water, liquids and/or other slippery and/or foreign substances, as well as other dangerous conditions, all of which created a highly dangerous and defective condition for the plaintiff, Malikah Givens, who was a business invitee, and other invitees proceeding thereon.

8. On or about July 18, 2019, while the plaintiff, Malikah Givens, was inside the aforesaid premises of Target located at 456 North 5th Street, Philadelphia, PA 19123, she was caused to slip and fall as a result of coming into contact with the aforementioned dangerous condition on the floor in the aisleway of said business establishment, causing her to sustain personal injuries hereinafter more specifically set forth.

9. Plaintiff avers that the defendants, Target Corporation, individually & d/b/a Target and Target, jointly and/or individually and/or through their joint and/or individual agents, servants, workmen and/or employees, had or should have had notice of the existence of said dangerous and defective conditions upon the premises aforementioned prior to this accident.

10. At the time and place aforesaid, the carelessness and negligence of the defendants, Target Corporation, Individually & d/b/a Target and Target, jointly and/or individually and/or through their joint and/or individual agents, servants, workers and/or employees, consisted of the following:

a) Failing to properly maintain the said premises;

b) Failing to clean said premises, floors and aisleways at reasonable intervals;

c) Failing to give proper and sufficient warnings to plaintiff of the highly dangerous condition of said premises;

d) Disregarding the rights and safety of the plaintiff and other persons lawfully on the defendants' premises;

e) Allowing the premises, floors and aisleways to remain in a dangerous and unsafe condition;

f) Allowing liquid/water substances to remain on the floor and aisleways of the interior premises so as to constitute a danger for persons lawfully on said premises;

g) Failing to use reasonable prudence and care to keep the floors and aisleways in a safe condition;

Case ID: 200900104

  h) Failing to properly clean the floor and aisleways of water and other slippery substances;

  i) Failing to instruct employees as to the proper maintenance of the floors and aisleways;

  j) Failing to provide warnings or signs at or near the aforesaid area to avoid dangerous conditions for persons using the aforesaid property sand premises;

  k) Failing to have the premises, interior floors and aisleways of the store inspected at reasonable intervals in order to determine the condition of the aisleways and floors;

  (l) Allowing their interior floor and aisleways of the store to be, become and remain slippery.

  11. As a direct result of the defendants' carelessness and negligence as aforesaid, plaintiff, Malikah Givens, sustained internal and external injuries in and about the head, neck, shoulders, back, body and limbs, as well as various other injuries and conditions that may be established, all of which have caused her and will continue to cause her great pain and agony, and have prevented her and will continue to prevent her in the future from attending to her daily duties and occupation, all to her great financial damage and loss.

  12. Further, by reason of the aforesaid, plaintiff, Malikah Givens, has been obliged to expend various sums of money for medicine and medical attention in and about endeavoring to treat and cure herself of her said injuries, and will be obliged to expend additional sums of money for the same purposes in the future, all to her great financial damage and loss.

  13. As a further result of the accident and the injuries sustained therein, plaintiff, Malikah Givens, has and/or may suffer a severe loss of her earnings and impairment of his earning capacity and/or power, all of which has been and will continue to be to her great financial damage and loss.

  14. Plaintiff, Malikah Givens, avers that her injuries and damages were caused solely by the negligence of the defendants, and all of them, as hereinbefore set forth.

Case ID: 200900104

WHEREFORE, plaintiff, Malikah Givens, demands judgment against defendants, Target Corporation, Individually & d/b/a Target and Target, jointly and severally, for an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs.

DASHEVSKY, HORWITZ, KUHN
NOVELLO & SHORR, P.C.

BY: _____
ANDREW S. DASHEVSKY, ESQUIRE
ATTORNEY FOR PLAINTIFF

Case ID: 200900104

DASHEVSKY, HORWITZ, KUHN, NOVELLO & SHORR, P.C.

## VERIFICATION

I, Malika Givens, make this verification subject to the penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsification to authorities. The attached pleading is based upon information which I have furnished to my counsel and information which has been gathered by my counsel in preparation for the prosecution of this lawsuit. The language contained in the pleading is that of counsel and not mine. I have read the pleading, and to the extent it is based upon information which I have given to my counsel, it is true and correct to the best of my knowledge, information, and belief. To the extent that the contents of the pleading are that of counsel, I have relied upon my counsel in making this verification.

*[signature]*

Case ID: 200900104

9-16-2020         000468798G0001         5120200916041947